UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA DUCHAC<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>　　　　　　　　Defendant. | Case No.:  19cv2244-LAB (LL)<br><br>**ORDER OF DISMISSAL** |

　　　On March 12, the Court granted summary judgment in favor of the government, finding that Plaintiff Sandra Duchac had failed to invoke the Court's jurisdiction. Duchac was given leave to amend, if she thought she could do so to correct the identified defects and to show that the Court had jurisdiction. But if she did not intend to amend, she was directed to file a notice so stating, and the action would be dismissed for lack of jurisdiction.

　　　Duchac has now filed a notice of non-opposition to Defendant's motion to dismiss (Docket no. 16), which the Court construes as her consent to dismissal of this action for lack of jurisdiction.

/ / /

/ / /

/ / /

This action is therefore **DISMISSED WITHOUT PREJUDICE, BUT WITHOUT LEAVE TO AMEND**, for lack of jurisdiction.

**IT IS SO ORDERED**.

Dated: April 5, 2021

*Larry A. Burns*
Honorable Larry Alan Burns
United States District Judge